| UNITED STATES DISTRICT COURT | DISTRICT OF MINNESOTA |
|---|---|
| Preston Broadway<br>                  Plaintiff,<br>v.<br>Kia America, Inc., et al, et al.<br>                  Defendants, | Court File Number<br>0:22-cv-02511-JRT-JFD<br><br>AFFIDAVIT OF SERVICE |

State of New York } SS
County of New York }

I, Robert Mills #1004298, state that on Thursday, October 13, 2022 at 1:40 PM I served the Summons & Complaint upon Kia America, Inc., therein named, personally at CT Corporation System, 28 Liberty Street, New York, NY 10005, by handing to and leaving with Vincenza Cipriano, Service of Process Specialist at CT Corporation System, the Registered Agent for Kia America, Inc., expressly authorized to accept service of process for same, a true and correct copy thereof.

I declare under penalty of perjury that this information is true.

Dated: 10 / 26 /2022

Robert Mills #1004298

JONATHAN RIPPS
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01RI6109718
Qualified in New York County
My Commission Expires May 17, 2024

* Service was completed by an independent contractor retained by Metro Legal Services, Inc.

Serial # GUSGL 275235 1276

Re: 6273-001



METRO LEGAL
legal support specialists since 1969

616 South 3rd Street
Minneapolis, MN 55415
(800) 488-8994
www.metrolegal.com

| UNITED STATES DISTRICT COURT | DISTRICT OF MINNESOTA |
|---|---|
| Preston Broadway<br>　　　　　　　　Plaintiff,<br>v.<br>Kia America, Inc., et al, et al.<br>　　　　　　　　Defendants, | Court File Number<br>0:22-cv-02511-JRT-JFD<br><br>AFFIDAVIT OF SERVICE |

State of New York  } SS
County of New York }

I, __Robert Mills__, state that on
　　(Name of Server)

__10__/__13__/2022 at __1__:__40__ __P__M, I served the:
(Date of Service)　　(Time of Service)

　　Summons & Complaint

upon: Kia America, Inc.

therein named, personally at:　CT Corporation System
　　　　　　　　　　　　　　　　28 Liberty Street
　　　　　　　　　　　　　　　　New York, NY 10005

by handing to and leaving with:

__Vincenza Cipriano__ - Service of Process Specialist
(Name of the Person with whom the documents were left)

at CT Corporation System, the Registered Agent for Kia America, Inc., expressly authorized to accept service of process for same, a true and correct copy thereof.

I declare under penalty of perjury that this information is true.

　　　　　　　　　　　Dated: __10__/__26__/2022　　__Robert Mills__
　　　　　　　　　　　　　　　　　　　　　　　　　　(Signature of Server)



JONATHAN RIPPS
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01RI6109718
Qualified in New York County
My Commission Expires May 17, 2024

　　　　　　　　　　　　　　　　　　　　　　__Robert Mills__
　　　　　　　　　　　　　　　　　　　　　　(Printed Name of Server)

* Service was completed by an independent contractor retained by Metro Legal Services, Inc.

Serial # GUSGL 275235 1276

Re: 6273-001



Metro Legal
legal support specialists since 1969

616 South 3rd Street
Minneapolis, MN 55415
(800) 488-8994
www.metrolegal.com

-1-