# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| PRESTON BROADWAY, individually and on behalf and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>KIA AMERICA, INC., HYUNDAI MOTOR AMERICA, and HYUNDAI KIA AMERICA TECHNICAL CENTER, INC,<br><br>Defendants. | Case No. 0:22-cv-02511<br><br>Hon. John R. Tunheim |

## [PROPOSED] ORDER

The Court, having duly considered the Joint Stipulation to Extend Time, hereby ORDERS that Defendants Kia America, Inc., Hyundai Motor America, and Hyundai America Technical Center, Inc.'s deadline to file their responsive pleadings shall be and is December 20, 2022.

IT IS SO ORDERED.


Dated: _____, 2022


                                                            _____
                                                            The Honorable John R. Tunheim
                                                            United States District Judge