UNITED STATES DISTRICT COURT | DISTRICT OF MINNESOTA

Preston Broadway
            Plaintiff,

Court File Number
0:22-cv-02511-JRT-JFD

v.

Kia America, Inc., et al, et al.
            Defendants,

**AFFIDAVIT OF SERVICE**

State of Michigan } SS
County of Wayne }

I, __MIGUEL D BRUCE__, state that on
(Name of Server)

__OCT / 17__ /2022 at __10__ : __30__ __A__M, I served the:
(Date of Service)    (Time of Service)

    Summons & Complaint

upon: Hyundai America Technical Center, Inc.

therein named, personally at:    6800 Geddes Rd
                                      Superior Township, MI 48198

by handing to and leaving with:

[X] the Registered Agent of Hyundai America Technical Center, Inc.
[ ] an Officer of Hyundai America Technical Center, Inc.
[ ] a Managing Agent, someone within Hyundai America Technical Center, Inc. whose management capacity is such that (s)he exercises independent judgment and discretion

__MR MARK TORIGIAN__                    __ATTORNEY / R/A__
(Name of the Person with whom the documents were left)    (Title or Relationship)

a true and correct copy thereof.

I declare under penalty of perjury that this information is true.

                              Dated: __OCT / 17__ /2022    _____
                                                                    (Signature of Server)

                                                                     __MIGUEL D BRUCE__
                                                                      (Printed Name of Server)

---

\* Service was completed by an independent contractor retained by Metro Legal Services, Inc.

Serial # GUSGL 275237 1278

Re: 6273-001



**METRO LEGAL**
legal support specialists since 1969

616 South 3rd Street
Minneapolis, MN 55415
(800) 488-8994
www.metrolegal.com