# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| PRESTON BROADWAY, individually and on behalf and all others similarly situated,<br><br>    Plaintiff,<br><br> v.<br><br>KIA AMERICA, INC., HYUNDAI MOTOR AMERICA, and HYUNDAI KIA AMERICA TECHNICAL CENTER, INC,<br><br>    Defendants. | Case No. 22-cv-2511(JRT/JFD)<br><br>**ORDER** |

The Court, has received the parties' Joint Stipulation to Extend Time (Dkt. No. 7). The parties seek an Order extending the time by which Defendants Kia America, Inc. and Hyundai Motor America must respond to the Complaint to December 20, 2022. As support for this extension, the parties represent that the Judicial Panel on Multidistrict Litigation ("JPML") *may* make a decision, at a JPML meeting on December 1, on whether to transfer this case.

The Court ORDERS that the time by which Defendants shall answer or otherwise respond to the Complaint is extended to December 20, 2022. However, it is also ordered that the parties shall update the Court, by letter filed on CM/ECF, on or before November 13, 2022, of the status of this case before the JPML.

Dated: November 3, 2022

                      *s/ John F. Docherty*
                      JOHN F. DOCHERTY
                      United States Magistrate Judge