| UNITED STATES DISTRICT COURT | DISTRICT OF MINNESOTA |
|---|---|

Preston Broadway
               Plaintiff,

v.

Kia America, Inc., et al, et al.
               Defendants,

Court File Number
0:22-cv-02511-JRT-JFD

**AFFIDAVIT OF SERVICE**

State of California ) SS
County of Orange )

I, V. Enrique Mendez, state that on Friday, October 14, 2022 at 11:46 AM I served the Summons & Complaint upon Hyundai Motor, therein named, personally at Suite 700, 330 North Brand Boulevard, Glendale, CA 91203, by handing to and leaving with Diana Ruiz, Service of Process Specialist of Hyundai Motor.

I declare under penalty of perjury that this information is true.

Dated:  11 / 04 /2022

V. Enrique Mendez

* Service was completed by an independent contractor retained by Metro Legal Services, Inc.



Serial # GUSGL 275236 1277

Re: 6273-001



legal support specialists since 1969

616 South 3rd Street
Minneapolis, MN 55415
(800) 488-8994
www.metrolegal.com